STATE OF TENNESSEE, etc., v. Hon. George C. TAYLOR, U. S. District Judge.

No. 10706.

United States Court of Appeals
Sixth Circuit.

May 31, 1949.

James B. Wright, Knoxville, Tenn., George G. Allen, Sevierville, Tenn., for petitioner.

Respondent not represented.

Before SIMONS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

It appearing to the court that no steps having been taken in this case since July 13, 1948, 169 F.2d 626.

It is now ordered that this case be and the same is dismissed with leave to reinstate for good cause shown.

UNITED STATES HOFFMAN MACHINERY CORPORATION, Appellant, v. John H. RICHA, Individually, and as Trustee of the Estate of Charles B. Jones.

No. 13880.

United States Court of Appeals
Eighth Circuit.

May 6, 1949.

John Vaughan Groner, New York City, John H. McEvers and Lawrence R. Brown, Kansas City, Mo., for appellant.

Claude A. Fishburn and Byron Spencer, Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court, 78 F.Supp. 969, dismissed at costs of appellant, on stipulation of parties.